FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0132
LT Case No. 2024-102948-CFDB

_____

DARYL A. SANDERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

Jonathan Edwin Mills, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

October 17, 2025

PER CURIAM.

    In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence. However, we remand for the entry of a corrected
judgment striking the $100 fee for investigative costs because the
State never requested investigative costs. *See Richards v. State*,

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . .").

AFFIRMED and REMANDED with instructions.

JAY, C.J., and EISNAUGLE and SOUD, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————